# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**JULY 2026** **01691**
E-Filing Number: 2607035533

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| TERESA FULLER | DOLLAR TREE, INC. D/B/A DOLLAR TREE |
| PLAINTIFF'S ADDRESS<br>3861 N. SMEDLEY STREET<br>PHILADELPHIA PA 19140 | DEFENDANT'S ADDRESS<br>500 VOLVO PARKWAY<br>CHESAPEAKE, VA 23320 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1
TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [ ] Jury
- [x] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
JUL 15 2026
B. BALILONIS

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: TERESA FULLER

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>DANIEL N. WARD | ADDRESS<br>SIMON & SIMON PC<br>18 CAMPUS BOULEVARD<br>SUITE 100<br>NEWTOWN SQUARE PA 19073 |
| PHONE NUMBER<br>(215)467-4666 | FAX NUMBER<br>(267)639-9006 |
| SUPREME COURT IDENTIFICATION NO.<br>317411 | E-MAIL ADDRESS<br>CourtFilingsPHL2@gosimon.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*DANIEL WARD* | DATE SUBMITTED<br>Wednesday, July 15, 2026, 04:20 pm |

THIS IS NOT AN ARBITRATION COMPLAINT
AN ASSESSMENT OF DAMAGES HEARING
IS REQUIRED

Filed and Attested by the Office of Judicial Records 15 JUL 2026 04:20 pm B. BALILONIS

**SIMON & SIMON, P.C.**
BY: Daniel Ward, Esquire
Attorney ID: 317411
***Attorneys for Plaintiff(s)***
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215) 467-4666

| | | |
|---|---|---|
| Teresa Fuller<br>3861 N. Smedley Street<br>Philadelphia PA 19140<br>Plaintiff | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | : | No. |
| Dollar Tree, Inc. d/b/a Dollar Tree<br>500 Volvo Parkway<br>Chesapeake, VA 23320<br>Defendant | : | |

# NOTICE TO DEFEND

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**PHILADELPHIA BAR ASSOCIATION**
**LAWYER REFERRAL AND**
**INFORMATION SERVICE**
**One Reading Center**
**Philadelphia Pennsylvania 19107**
**Telephone: (215) 238-6300**

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene viente (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**ASOCIACIÓN DE LICENCIADOS DE FILADELFIA**
**SERVICIO DE REFERENCIA E INFORMACIÓN LEGAL**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**Teléfono: (215) 238-6300**

**COMPLAINT**

1. Plaintiff, Teresa Fuller ("Plaintiff"), is an adult individual and resident of the Commonwealth of Pennsylvania, residing at the address listed in the above caption of this Complaint.

2. Defendant, Dollar Tree, Inc. d/b/a Dollar Tree ("Defendant"), is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at Dollar Tree, 2027 Oregon Avenue, Philadelphia, PA 19145.

3. Upon information and belief, Defendant regularly and systematically transacts business in Philadelphia County so as to be subject to venue and in personem jurisdiction in Philadelphia.

4. At all relevant times, Defendant was acting individually, jointly and/or by and through its agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises located in the glassware aisle of Dollar Tree, 2027 Oregon Avenue, Philadelphia, PA 19145, referred to hereinafter as "the premises."

5. On or about October 29, 2025, at approximately 5:25 P.M., Plaintiff was a business invitee, licensee and/or otherwise legally on Defendant's premises.

6. At all times relevant hereto, Defendant, individually, jointly and/or through its agents, servants, franchisees, workmen and/or employees, had a duty to keep and maintain the aforesaid premises in a reasonably safe condition for those persons lawfully thereon, including Plaintiff.

7. On or about October 29, 2025, while on Defendant's premises, Plaintiff was caused to trip and fall over boxes that were left in the walkway of the aisle, causing serious and permanent personal injuries on account of which this action is brought.

8. At or about the same date, time and place in question, and for some period of time prior thereto, Defendant, acting individually, jointly and/or by and through its agents, servants, franchisees, workmen and/or employees, negligently and/or carelessly allowed and permitted dangerous and unsafe conditions to exist, including, but not limited to, the conditions which directly resulted in the Plaintiff's injuries.

**COUNT I**
**Teresa Fuller v. Dollar Tree, Inc. d/b/a Dollar Tree**
**Negligence**

9. Plaintiff incorporates by reference herein the allegations set forth in the aforementioned paragraphs of this Complaint, inclusive, as if set forth herein at length.

10. The negligence of Defendant consisted of, inter alia, the following:

a. Failing to remove the boxes from the floor in a timely manner so as to prevent customers from tripping on it;

b. Leaving the boxes in a non-conspicuous location so as to cause a hidden trap for unwary consumers on the premises;

c. Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

d. Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

e. Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

f. Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

g. Failure to provide adequate safeguards to prevent the injury to Plaintiff; and

h. Failure to exercise the proper care, custody and control over the aforesaid premises.

11. As a direct and proximate result of the negligent and/or careless conduct of the Defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and other ills and injuries, including, but not limited to, the neck, back and right ankle. Specifically, cervical disc herniation at level C3-C4; cervical disc bulging at levels C4-5 and C5-C6; cervical disc protrusions at the level C6-C7; lumbar disc protrusions at level L4-L5; and lumbar disc bulging at level L5-S1. The plaintiff underwent a lumbar spine radio frequency ablation as a result of her injuries, all to Plaintiff's great loss and detriment.

12. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

13. As an additional result of the carelessness and/or negligence of Defendant, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

14. As a further result of Plaintiff's injuries, Plaintiff has in the past, presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

15. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which she makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Teresa Fuller, demands judgment in Plaintiff's favor and against Defendant, Dollar Tree, Inc. d/b/a Dollar Tree, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary.

SIMON & SIMON, PC

Daniel Ward, Esquire
*Attorney for Plaintiff*

**VERIFICATION**

I am the Plaintiff in this action, and I hereby state that the facts set forth in the foregoing complaint are true and correct to the best of my knowledge, information and belief. I understand that this Verification is subject to 18 P.a.C.S. § 4904 providing for criminal penalties for unsworn falsification to authorities.

Signed by:
[signature]
D9C67FD4513F443...